**No. 42289.**—Protest 984904-G of Henry & Co. (San Francisco).

Opinion by Evans, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Great Pacific Co.* (23 C. C. P. A. 319, T. D. 48192) the protest was sustained.